IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-33-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EARL CLINTON PAYTON | ) | |

Upon motion of the United States of America, and for good cause shown by the reasons in the government's motion, it is hereby ORDERED that proceedings in the captioned case are hereby resumed. A pretrial scheduling order will follow.

This **12** day of February, 2016.

*[signature]*
HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE