IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-33-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| EARL CLINTON PAYTON | ) | |

The attorneys are ORDERED to conduct a pretrial conference on or before March 25, 2016.

All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, and 41, Fed. R. Crim. P., shall be filed no later than April 25, 2016. Responses to motions shall be filed no later than May 9, 2016.

This case is set for arraignment and trial at the term of criminal court commencing in June 2016 before James C. Dever III, Chief United States District Judge, in Raleigh, North Carolina.

This **29** day of February, 2016.

　　　　　　　　　　　　　　　　／s／ James Dever
　　　　　　　　　　　　　　HON. JAMES C. DEVER III
　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE