IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-33-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EARL CLINTON PAYTON | ) | |

Upon motion of the United States of America, and for good cause shown by the reasons in the government's motion, it is hereby ORDERED that the defendant is placed on pretrial release subject to the terms and conditions set forth in the Order Setting Conditions of Release entered in this case on June 17, 2014 (D.E. 23).

This **29** day of February, 2016.

_____
HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE